UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| MARK STRAND, | : | CIV. 11-4122 |
| Plaintiff, | : | |
| vs. | : | **STIPULATION FOR JUDGMENT OF DISMISSAL** |
| AMERICAN GENERAL LIFE INSURANCE COMPANIES, | : | |
| | : | |
| Defendant. | | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

IT IS HEREBY STIPULATED, by and between the parties hereto through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the above-entitled action and all of the claims between the parties as set forth in the pleadings may be and hereby are dismissed. This dismissal is on the merits, and with prejudice. This dismissal is without costs or disbursements to any party.

IT IS FURTHER STIPULATED that, without further notice, the Court, upon the filing of this stipulation, may enter a judgment of dismissal of the above-entitled action and all of the claims between the parties as set forth in the pleadings, as set forth above.

Case Number: CIV. 11-4122
Name of Document: Stipulation for Dismissal
Page 2

Dated this 27 day of November, 2012.

                    LARSON & NIPE

By _____
Chris A. Nipe
200 E. 5th
P.O. Box 396
Mitchell, SD 57301
Phone: (605) 996-6547
Fax: (605) 996-6548
cnipe@mitchelltelecom.net
*Attorneys for Plaintiff*

Case Number: CIV. 11-4122
Name of Document: Stipulation for Dismissal
Page 3

Dated this 27th day of November, 2012.

           WOODS, FULLER, SHULTZ & SMITH P.C.

By _____
Kristine Kreiter O'Connell
Adam R. Hoier
300 South Phillips Avenue, Suite 300
P. O. Box 5027
Sioux Falls, South Dakota 57117-5027
Phone: (605) 336-3890
Fax: (605) 339-3357
Kristine.OConnell@woodsfuller.com
Adam.Hoier@woodsfuller.com
*Attorneys for Defendant*