UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK STRAND, | ) | CIV. 11-4122-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| AMERICAN GENERAL LIFE | ) | |
| INSURANCE COMPANIES, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Judgment of Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on the merits, with prejudice, and without costs or disbursements to any party.

Dated November 28, 2012.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE